DAN KOUKOL
Attorney at Law
State Bar No. 122526
11930 Heritage Oak Place, Suite 6
Auburn, California 95603
Telephone: (530) 823-5400
Facsimile: (530) 852-0150
Email: dkoukol@placergroup.com

Attorney for Defendant,
**TANEKA NUNLEY**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08-65-LKK |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | DATE: November 1, 2011<br>TIME: 9:15 AM |
| TANEKA NUNLEY, | JUDGE: Hon. Lawrence Karlton |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Todd Leras, Assistant U.S. Attorney, and defendant Taneka Raenee Nunley, by and through her attorney, Dan Koukol, that the status conference of November 1, 2011 be vacated and that a status conference be set for January 10, 2012 at 9:15 AM.

This continuance is being requested because the parties need additional time to discuss the case with the government and negotiate plea agreements. Counsel must review discovery material and discuss this material with his client.

Counsel agree that the time between the signing of the requested order and January 10, 2012 will be excluded from the speedy trial calculation pursuant to 18 U.S.C. §3161(h)(7)(A) and (B) (Local Code T4) in that the defendants' and the public's interest in a speedy trial are

-1-

outweighed by the interests of justice in permitting counsel adequate time to prepare.

DATED: OCTOBER 28, 2011　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ DAN KOUKOL
　　　　　　　　　　　　　　　　　　　　DAN KOUKOL
　　　　　　　　　　　　　　　　　　　　Attorney for defendant Taneka Nunley


DATED: OCTOBER 28, 2011　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ DAN KOUKOL FOR
　　　　　　　　　　　　　　　　　　　　Todd Leras
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

## ORDER

The status conference in the above-entitled matter, scheduled for November 1, 2011, be vacated and the matter continued to January 10, 2012 at 9:15 AM for further status conference. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

**IT IS SO ORDERED.**

DATED: October 28, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT