BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR. S-08-065 LKK |
| Plaintiff, ) | |
| ) | STIPULATION AND |
| ) | ORDER CONTINUING STATUS |
| v. ) | CONFERENCE |
| ) | |
| TANEKA RAENEE NUNLEY, ) | |
| ) | |
| Defendants. ) | |

IT IS HEREBY STIPULATED by and between Plaintiff United States of America and Attorney Dan Koukol, Counsel for Defendant Taneka Raenee Nunley, that the status conference scheduled for January 10, 2012, be continued to February 22, 2012, at 9:15 a.m.

The request to continue the status conference is made for several reasons.  The parties have recently met to discuss matters related to a proposed resolution of the case.  The defense has also presented a counter-proposal requiring follow-up investigation and legal research.  The government and defendant agree that an exclusion of time is therefore appropriate under 18

1

U.S.C. § 3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare). This exclusion of time includes the period from January 10, 2012, up to and including February 22, 2012.

Dan Koukol agrees to this request and has authorized Assistant United States Attorney Todd D. Leras to sign this stipulation on his behalf.

DATED: January 6, 2012        By: /s/ Todd D. Leras
                                  TODD D. LERAS
                                  Assistant U.S. Attorney

DATED: January 6, 2012        By: /s/ Todd D. Leras for
                                  DAN FRANK KOUKOL
                                  Attorney for Defendant
                                  TANEKA NUNLEY

1 | **IT IS HEREBY ORDERED**:
2 | 1. The status conference set for January 10, 2012, is
3 | continued to February 22, 2012, at 9:15 a.m.
4 | 2. Based on the stipulations and representations of the
5 | parties, the Court finds that the ends of justice outweigh the
6 | best interest of the public and defendants in a speedy trial.
7 | Accordingly, time under the Speedy Trial Act shall be excluded
8 | under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable
9 | time to prepare) from January 10, 2012, up to and including
10 | February 22, 2012.
11 | IT IS SO ORDERED.

Date: January 9, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT