BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. S-08-065 LKK |
| Plaintiff, | ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| TANEKA RAENEE NUNLEY, | |
| Defendant. | |

This matter came before the Court for a status conference on February 22, 2012, at 9:15 a.m. Defendant Taneka Raenee Nunley appeared with her counsel, Dan Frank Koukol; and Todd D. Leras, Assistant United States Attorney, appeared on behalf of the United States of America.

The parties agreed to set a status conference date of March 13, 2012, at 9:15 a.m., and indicated that a change of plea is possible on that date. The parties requested additional time to prepare and discuss the final terms of a revised plea agreement. Counsel for the government, defense counsel, and defendant Taneka Raenee Nunley herself concurred with the request for additional

1

time to prepare and negotiate resolution of this matter.

The Court ordered the status conference continued to March 13, 2012, at 9:15 a.m. The Court further ordered that time be excluded under 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4 (reasonable time to prepare). The Court directed government counsel to prepare a formal order.

**IT IS HEREBY ORDERED**:

1. A status conference is set for March 13, 2012, at 9:15 a.m.; and

2. Based on the parties' representations, the Court finds that the ends of justice outweigh the best interest of the public and Defendants in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through March 13, 2012.

IT IS SO ORDERED

Date: February 23, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT