```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  TODD D. LERAS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2918
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> TANEKA RAENEE NUNLEY, ) <br> ) <br> Defendant. ) <br> ) | CR. S-08-065 LKK <br><br> STIPULATION AND ORDER <br> CONTINUING STATUS CONFERENCE |

This matter is set for a status conference on March 13, 2012, at 9:15 a.m. Plaintiff United States of America and defendant Taneka Nunley, through her counsel, Attorney Dan Koukol, request the status conference be continued to March 27, 2012.

The request is made on the ground that defense counsel needs time to research and review matters related to a proposed Plea Agreement provided by the government. The parties therefore request exclusion of time under the Speedy Trial Act 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to

prepare). Dan Koukol has authorized Assistant U.S. Attorney Todd D. Leras to sign this stipulation on his behalf.

Dated: March 9, 2012

          Todd D. Leras
          TODD D. LERAS
          Assistant U.S. Attorney

Dated: March 9, 2012

          /s/ Todd D. Leras for
          DANIEL FRANK KOUKOL
          Attorney for Defendant
          Taneka Nunley

**IT IS HEREBY ORDERED**:

1. The status conference scheduled for March 13, 2012 is vacated.

2. A new status conference date is set for March 27, 2012, at 9:15 a.m.

3. Based on the parties' representations, the Court finds that the ends of justice outweigh the best interest of the public and Defendants in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through March 27, 2012.

Date: March 12, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT