DAN KOUKOL
Attorney at Law
State Bar No. 122526
11930 Heritage Oak Place, Suite 6
Auburn, California 95603
Telephone: (530) 823-5400
Facsimile: (530) 852-0150
Email: dkoukol@placergroup.com

Attorney for Defendant,
**TANEKA NUNLEY**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR. S-08-65-LKK |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | DATE: March 27, 2012 |
| | TIME: 9:15 AM |
| TANEKA NUNLEY, | JUDGE: Hon. Lawrence Karlton |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Todd Leras, Assistant U.S. Attorney, and defendant Taneka Raenee Nunley, by and through her attorney, Dan Koukol, that the status conference of March 27, 2012 be vacated and that a status conference be set for May 8, 2012 at 9:15 AM.

This continuance is being requested because the government and counsel for the defendant recently negotiated a disposition of this matter. Counsel for defendant is awaiting a new proposed plea agreement. Upon receipt of the plea agreement Counsel must review the agreement and discuss the proposed disposition with his client.

Counsel agree that the time between the signing of the requested order and May 8, 2012 will be excluded from the speedy trial calculation pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)

(Local Code T4) in that the defendants' and the public's interest in a speedy trial are outweighed by the interests of justice in permitting counsel adequate time to prepare.

DATED: March 23, 2012         Respectfully submitted,

/s/ DAN KOUKOL
_____
DAN KOUKOL
Attorney for defendant Taneka Nunley


DATED: March 23, 2012         Respectfully submitted,

/s/ DAN KOUKOL FOR
_____
Todd Leras
Assistant U.S. Attorney

**IT IS SO ORDERED,** that the status conference in the above-entitled matter, scheduled for March 27, be vacated and the matter continued to May 8, 2012 at 9:15 AM for further status conference. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

DATED: March 23, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT