```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  TODD D. LERAS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2918
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                     EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )
                                 )   CR. S-08-065 LKK
12           Plaintiff,          )
                                 )   STIPULATION AND [PROPOSED] ORDER
13                               )   CONTINUING STATUS CONFERENCE
                                 )
14       v.                      )
                                 )
15  TANEKA RAENEE NUNLEY,        )
                                 )
16           Defendant.          )
                                 )
17  ─────────────────────────────
18
19       This matter is set for a status conference and possible
20  change of plea on May 8, 2012, at 9:15 a.m.  Plaintiff United
21  States of America and defendant Taneka Nunley, through her
22  counsel, Attorney Dan Koukol, request the status
23  conference/change of plea hearing date be continued to May 30,
24  2012.
25       The request is made on the ground that the parties have
26  engaged in extensive negotiations over the terms of a final plea
27  agreement.  The government has recently adopted several terms
28  suggested by defense counsel into a revised plea agreement.
```

1

Defense counsel needs additional time to review these changes and discuss them with his client. The parties therefore request exclusion of time under the Speedy Trial Act 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare). Dan Koukol has authorized Assistant U.S. Attorney Todd D. Leras to sign this stipulation on his behalf.

Dated: May 4, 2012

                                       Todd D. Leras
                                       TODD D. LERAS
                                       Assistant U.S. Attorney

Dated: May 4, 2012

                                       /s/ Todd D. Leras for
                                       DANIEL FRANK KOUKOL
                                       Attorney for Defendant
                                       Taneka Nunley

**IT IS HEREBY ORDERED:**

1. The status conference scheduled for May 8, 2012 is vacated.

2. A new status conference date is set for May 30, 2012, at 9:15 a.m.

3. Based on the parties' representations, the Court finds that the ends of justice outweigh the best interest of the public and Defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through May 30, 2012.

Date: 5/4/2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT