DAN KOUKOL
Attorney at Law
State Bar No. 122526
11930 Heritage Oak Place, Suite 6
Auburn, California 95603
Telephone: (530) 823-5400
Facsimile: (530) 852-0150
Email: dkoukol@placergroup.com

Attorney for Defendant,
**TANEKA NUNLEY**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. CR. S-08-65-LKK |
|---|---|
| Plaintiff, | STIPULATION AND ORDER |
| vs. | DATE: May 30, 2012<br>TIME: 9:15 AM |
| TANEKA NUNLEY, | JUDGE: Hon. Lawrence Karlton |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Todd Leras, Assistant U.S. Attorney, and defendant Taneka Raenee Nunley, by and through her attorney, Dan Koukol, that the status conference of May 30, 2012 be vacated and that a status conference be set for July 10, 2012 at 9:15 AM.

This continuance is being requested because the parties have engaged in extensive negotiations over the terms of a final plea agreement. The government has recently adopted several terms suggested by defense counsel into a revised plea agreement. Defense counsel needs additional time to review these changes and discuss them with his client.

Counsel agree that the time between the signing of the requested order and June 27, 2012 will be excluded from the speedy trial calculation pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)

-1-

(Local Code T4) in that the defendants' and the public's interest in a speedy trial are outweighed by the interests of justice in permitting counsel adequate time to prepare.

DATED: MAY 24, 2012                  Respectfully submitted,


                                     /s/ DAN KOUKOL
                                     _____
                                     DAN KOUKOL
                                     Attorney for defendant Taneka Nunley


DATED: MAY 24, 2012                  Respectfully submitted,


                                     /s/ DAN KOUKOL FOR TODD LERAS
                                     _____
                                     Todd Leras
                                     Assistant U.S. Attorney


**IT IS SO ORDERED,** that the status conference in the above-entitled matter, scheduled for May 30, 2012, be vacated and the matter continued to July 10, 2012 at 9:15 AM for further status conference. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

DATED: May 29, 2012

                                     _____
                                     LAWRENCE K. KARLTON
                                     SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT