BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. S-08-065 LKK |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| TANEKA RAENEE NUNLEY, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff United States of America and Attorney Dan Koukol, Counsel for Defendant Taneka Raenee Nunley, that the status conference scheduled for July 10, 2012, be continued to August 7, 2012, at 9:15 a.m.

Defense counsel needs additional time to review a recently revised plea agreement with his client.  The government and defendant agree that an exclusion of time is therefore appropriate under 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare).  This exclusion of time includes the period from July 10, 2012, up to and including August 7,

1

2012.

Dan Koukol agrees to this request and has authorized Assistant United States Attorney Todd D. Leras to sign this stipulation on his behalf.

DATED: July 6, 2012        By: /s/ Todd D. Leras
                               TODD D. LERAS
                               Assistant U.S. Attorney


DATED: July 6, 2012        By: /s/ Todd D. Leras for
                               DAN FRANK KOUKOL
                               Attorney for Defendant
                               TANEKA NUNLEY


**IT IS HEREBY ORDERED**:

1. The status conference set for July 10, 2012, is continued to August 7, 2012, at 9:15 a.m.

2. Based on the stipulations and representations of the parties, the Court finds that the ends of justice outweigh the best interest of the public and defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare) from July 10, 2012, up to and including August 7, 2012.

IT IS SO ORDERED.

Date: July 9, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT